# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR118-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTIONS HEARING** |
| v. | |
| AGUEDO WILLIAM MANZO-GARCIA, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from July 1, 2022 at 1:30 p.m. to **September 9, 2022 at 1:30 p.m.** For the reasons set forth in joint motion, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge